■ In the Matter of JOSE RODRIGUEZ, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [803 NYS2d 481]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered November 30, 2004) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Green, J.P., Scudder, Kehoe, Martoche and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE GARRASI, Appellant. [803 NYS2d 482]—Appeal from a judgment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered May 21, 2003. The judgment convicted defendant, upon a jury verdict, of murder in the second degree and criminal possession of a weapon in the fourth degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Pedraza*, 66 NY2d 626, 627 [1985]). Present—Green, J.P., Scudder, Kehoe, Martoche and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WILLIAMS, Appellant. [803 NYS2d 482]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered May 19, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted rape in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Scudder, Kehoe, Martoche and Hayes, JJ.